**Opinion issued July 23, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00579-CV

———————————

## IN RE MAROPCO, INC., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, MarOpCo, Inc., filed a petition for a writ of mandamus challenging a temporary restraining order.[1] Relator, representing that the temporary restraining order has been dissolved by an agreed order and the mandamus petition is moot, has filed a motion to dismiss the petition. No opinion has issued. *See* TEX. R. APP.

---

[1] The underlying case is *Preston Marshall, Individually and Rusk Capital Management, L.L.C. v. MarOpCo, Inc.*, cause number 2015-35950, in the 11th District Court of Harris County, Texas.

P. 42.1(c). Further, although the motion does not include a certificate of conference, more than ten days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the petition for a writ of mandamus.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.